■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v NOVA-SAC CORPORATION, Respondent. — Motion to enforce the order of the State Division of Human Rights dated June 17, 1980 unanimously granted, without costs and without disbursements, and the respondent is directed to comply with said order. No opinion. Concur — Birns, J.P., Carro, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL SANDOVAL, Appellant. — Judgment, Supreme Court, New York County, rendered on November 2, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J.P., Ross, Carro, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON SANDERS, Appellant. — Judgment, Supreme Court, New York County, rendered on January 15, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J.P., Birns, Sullivan, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY NETTER, Appellant. — Judgment, Supreme Court, New York County, rendered on August 13, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J.P., Birns, Sullivan, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE JACOBS, Appellant. — Judgment, Supreme Court, Bronx County, rendered on June 30, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J.P., Birns, Sullivan, Silverman and Bloom, JJ.